UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
CHRISTINE ARENDAS                  :
                                           06 Civ. 14358 (WHP)
                Plaintiff,         :
                                           ORDER
        -against-                  :

THOMSON CORP., et al.,             :

                Defendants.        :
----------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/24/09
```

WILLIAM H. PAULEY III, District Judge:

The Clerk of Court is directed to mark the case closed.

Dated: October 19, 2009
       New York, New York

                                      SO ORDERED:

                                      _____
                                      WILLIAM H. PAULEY III
                                      U.S.D.J.

*Counsel of Record*

Karl Egnar Pearson
Roth, Powell & Pearson, P.A.
399 Carolina Ave.
P.O. Box 8900
Winter Park, FL 32790
*Counsel for Plaintiff*

Alessandra Deblasio
Deblasio & Larocca
5 Hanover Square
New York, NY 10004
*Counsel for Defendant*